## MIDDLETON v. COMMONWEALTH.

(Decided February 22, 1929.)

H. J. Hennessy for movant.

J. W. Cammack, Atty. Gen., and George H. Mitchell, Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the state prohibition law, imposing a fine of $150, and 30 days in jail.

Appeal denied; judgment affirmed.

## STITES v. JUTT.

(Decided February 22, 1929.)

Trabue, Doolan, Helm & Helm and John W. Stites for movant.

Lawrence S. Grauman opposed.

PER CURIAM. Judgment for $200 in an action for damages.

Appeal denied; judgment affirmed.

## GABBY v. COMMONWEALTH.

(Decided February 26, 1929.)

Motion for an appeal from Circuit Court, Madison County.

J. W. Cammack, Atty. Gen., and Geo. H. Mitchell, Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Judgment of conviction for involuntary manslaughter, imposing a fine of $500.

Appeal denied; judgment affirmed.